**QUILL &ARROW, LLP**
Kevin Y. Jacobson (SBN 320532)
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645
E-mail: kjacobson@quillarrowlaw.com

Attorneys for Plaintiff,
**ALAN MANOUKIAN**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MANOUKIAN, an individual,<br><br>Plaintiff,<br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: <u>2:21-cv-08813 SVW (KSx)</u><br><br>*Assigned to the Hon. Stephen V. Wilson*<br><br>[Filed: November 9, 2021]<br><br>**PLAINTIFF ALAN MANOUKIAN'S REQUEST TO APPEAR TELEPHONICALLY AT INITIAL STATUS CONFERENCE**<br><br>[Filed Concurrently with Proposed Order]<br><br>Date: January 3, 2022<br>Time: 3:00 p.m.<br>Courtroom: 10A |

**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT INITIAL STATUS CONFERENCE**

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

Plaintiff, Alan Manoukian ("Plaintiff"), hereby respectfully requests an order granting Plaintiff permission to appear telephonically at the, January 3, 2022, Initial Status Conference hearing, scheduled at 3:00 p.m., in Department 10A, of this Court.

## I. GOOD CAUSE EXISTS FOR GRANTING PLAINTIFF'S APPLICATION FOR RELIEF

### A. The Ongoing Public Health Crisis Created by the COVID-19 Pandemic Warrants Avoiding an In-person Appearance

Good cause exists for granting Plaintiff's request due to the ongoing COVID-19 Pandemic. In light of the newly influx of COVID-19 infections and proliferation of the Omicron Variant, within Los Angeles County, a personal appearance for the January 3, 2022, Initial Status Conference, poses a substantial health and safety risk to both counsel and the Court. Accordingly, counsel for Plaintiff, Alan Manoukian, hereby respectfully requests a telephonic appearance for the January 3, 2022, Initial Status Conference, set for 3:00 p.m., to minimize any potential health and safety risks and infection spread.

## II. CONCLUSION

For the foregoing reasons, Plaintiff, Alana Manoukian, respectfully requests an order granting Plaintiff permission to appear telephonically at the upcoming Initial Status Conference.

Dated:   December 29, 2021

QUILL & ARROW, LLP

_Kevin Y. Jacobson_
Kevin Y. Jacobson, Esq.
Attorney for Plaintiff,
**ALAN MANOUKIAN**

**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT INITIAL STATUS CONFERENCE**