JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MANOUKIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 2:21-cv-08813-SVW (KSx)<br>Assigned to: *Hon. Karen Stevenson*<br><br>[PLAINTIFF'S PROPOSED]<br>**JUDGMENT ON JURY VERDICT** |

Based on the Jury Verdict entered on October 3, 2023, IT IS ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered in favor to Plaintiff Alan Manoukian as to his claims for Violation of Song-Beverly Action - Breach of Express Warranty. Plaintiff shall recover from Defendant BMW North America, LLC the amount of $24,995.20 in stipulated damages and $34,493.38 in civil penalties under the Breach of Express Warranty for a total judgment of $59,488.58 with post-judgment interest thereon at the weekly average one-year constant maturity Treasury yield for the calendar week preceding the date of entry of the judgment, which at the time of entry of judgment is 5.37% per annum;

This Court shall decide all issues involving fees, costs, expenses, and prejudgment interest by post-verdict motion(s).

**IT IS SO ORDERED. JUDGMENT IS DEEMED ENTERED AS OF THE DATE SET FORTH BELOW.**

Dated: October 13, 2023

Honorable Karen L. Stevenson
United States District Court
Central District of California